UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HISTORY ASSOCIATES INCORPORATED,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

Case No. 1:24-cv-1857-ACR

## ORDER

This Court has reviewed communications sent by Michael B. Williams, including text messages sent to the personal cell phone of FDIC counsel of record in this case and text messages to the personal cell phone of counsel's family member. After conducting a status conference with both parties on January 22, 2025, this Court finds that Michael B. Williams has made threatening communications to FDIC counsel and a family member of FDIC counsel.

The Court hereby ORDERS that Michael B. Williams is to have no contact with FDIC counsel of record in this case or their family members, including but not limited to:

- Telephone communications;
- Text messages;
- Email communications;
- Mailed or hand-delivered communications, including but not limited to packages;
- Social media interaction; or
- Contact through any of the above methods, directly or indirectly, through a third party.
- In person-contact or contact with real or personal property belonging to, occupied by, or otherwise associated with FDIC counsel of record;

1

2

    This ORDER is effective immediately.

    This ORDER shall be served on Michael B. Williams in the manner instructed by the Court at the status conference held on January 22, 2025.

Date: January 24, 2025
                                                                                                               _____
                                                                                                               ANA C. REYES
                                                                                                               United States District Judge