UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISTORY ASSOCIATES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:24-cv-1857-ACR |

## ORDER

This Order vacates, supplements, and updates the Order that the Court entered on January 24, 2025, Dkt. 29.

On January 22, 2025, the Court held a status conference in this matter. At that conference, the Court reviewed communications sent by Michael B. Williams, including text messages sent to the personal cell phone of FDIC counsel of record in this case and text messages to the personal cell phone of counsel's family member. In light of those messages and other harassing and threatening conduct discussed at the January 22, 2025 conference, the Court found that Mr. Williams made threatening communications to FDIC counsel and a family member of FDIC counsel. The Court then entered the Order, directing Mr. Williams to not contact FDIC counsel of record in this matter or their family members. Dkt. 29.

At the Court's instruction, Plaintiff sent Mr. Williams a copy of the January 24, 2025 Order on or about January 25, 2025. In response, Mr. Williams sent an email to hundreds of individuals at the workplace of the FDIC counsel's family member he had texted earlier. In the email, Mr. Williams made disparaging comments about FDIC counsel and his family member.

1

Mr. Williams also stated in the email that the Court entered the January 24 Order without permitting him a chance to respond. To address this, the Court hereby revises its Order as follows:

The Court hereby **ORDERS** that Michael B. Williams is to have no contact with FDIC counsel of record in this case or their family members, including but not limited to:

- Telephone communications;
- Text messages;
- Email communications;
- Mailed or hand-delivered communications, including but not limited to packages;
- Social media interaction; or
- Contact through any of the above methods, directly or indirectly, through a third party.
- In person-contact or contact with real or personal property belonging to, occupied by, or otherwise associated with FDIC counsel of record;

This Order is effective immediately.

This Order is in effect until February 17, 2025. The Court **ORDERS** that Mr. Williams is permitted to intervene in this matter for the sole purpose of addressing this Order. If he wishes to intervene, he must do so within twenty-one days, *i.e.*, by February 17, 2025. The Court may shorten or lengthen the duration of this Order depending on future events, including whether Mr. Williams intervenes.

The Court will serve this Order today, with a copy to counsel for the parties, on Michael B. Williams via electronic-mail at Michael.williams@glexia.com, the electronic-mail address he provided in the email he sent to FDIC counsel's family member and her employer and colleagues.

Date: January 27, 2025

_____
Ana C. Reyes
United States District Judge