March 11, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**History Associates Incorporated**;

    Plaintiff;

    And

**Michael Williams**;

    Movant & Proposed Plaintiff-Intervenor;

    v.

**Federal Deposit Insurance Corporation**;

    Defendant.

Case No 1:24-cv-1857-ACR

# [PROPOSED] ORDER

Upon good cause shown, Michael Williams' Limited Motion to Intervene as Plaintiff-Intervenor is **GRANTED,** and such intervention is limited solely to challenging the orders at D.E. #29 and #30, including, but not limited to, challenges on both jurisdictional and substantive grounds.

It is further **ORDERED** that Mr. Williams submit a motion seeking the relief he desires within thirty (30) calendar days.

_____  
Date

_____  
HON. ANA C. REYES  
United States District Judge