# Exhibit A

Michael Williams ████████████████████████████

---

## 1:24-cv-01857-ACR: HAI vs FDIC - Meet and Confer Request Pursuant to Local Civil Rule 7(m) – Motion to Intervene by Mr. Michael B. Williams

**Michael Williams** <████████████████████>                                          Sat, Mar 8, 2025 at 3:27 AM
To: "Soni, Lina D." ████████████████    >
Cc: "Dober, Andrew J." ██████████████

Dear Mr Soni,

Which aspects of my email foreshadowing the intervention do you believe exceed the purpose of addressing the court's order? Would you be clear that you are okay with me intervening to challenge jurisdiction, but you are not okay with me challenging the substantive basis of the order (i.e., that the evidence the order was obtained using is fraudulent, made up, or otherwise inaccurate)?

I'd like to nail down exactly the issues the FDIC has so I might address them in my motion.

**Purposed Intervention Reasons:**
Mr. Williams' proposed intervention is solely to challenge the order made against him at first for lack of jurisdiction, and if that fails, then on more substantive grounds, including asserting that Mr. Andrew Harper made up evidence as part of an ulterior motive in obtaining the protective order.


Soni, Lina D. <██████████    wrote:

Dear Mr. Williams, thank you for your February 26 email regarding your proposed motion to intervene.  Consistent with the FDIC's obligation to meet and confer, we have considered your proposed grounds and cannot agree to them.  Your email states bases for intervention that exceed the limited purpose of addressing the Court's January 27, 2025 Order (ECF Doc 30) and related entries.  Accordingly, the FDIC reserves all rights.  At such time as you file your motion, the FDIC will consider it and, if warranted, file a response with the Court.


Regards,

Lina




---

**From:** Michael Williams <████████████████████>
**Sent:** Friday, March 7, 2025 10:56 AM
**To:** Dober, Andrew J. ███████████████    Kurtenbach, Daniel <████████████████>; Soni, Lina D.
**Subject:** [EXTERNAL MESSAGE] Re: 1:24-cv-01857-ACR: HAI vs FDIC - Meet and Confer Request Pursuant to Local Civil Rule 7(m) – Motion to Intervene by Mr. Michael B. Williams


You don't often get email from michael.williams@glexia.com. Learn why this is important

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Dear Sirs,

A friendly reminder on this as I be filing on Tuesday.


Regards,


Michael Williams

Sent from Gmail Mobile



Michael B. Williams <▨▨▨▨▨▨▨▨▨▨▨▨▨> wrote:

**HISTORY ASSOCIATES INCORPORATED v. FEDERAL DEPOSIT INSURANCE CORPORATION**
**Assigned to: Judge Ana C. Reyes**
**Related Case: 1:24-cv-01858-ACR**
**Cause: 05:552 Freedom of Information Act**


Dear Sirs,

I hope this correspondence finds you well. Pursuant to Local Civil Rule 7(m) of the U.S. District Court for the District of Columbia, I am reaching out to meet and confer regarding Mr. Michael B. Williams's anticipated motion to intervene in the above-referenced matter.

Mr. Williams seeks to intervene as a party in this litigation under Federal Rule of Civil Procedure 24(a)(2) (Intervention of Right) and/or Rule 24(b) (Permissive Intervention). Given his significant interest in the subject matter of this case and the potential impact of the proceedings on his rights, we believe intervention is appropriate. Mr. Williams' proposed intervention is solely to challenge the order made against him at first for lack of jurisdiction, and if that fails, then on more substantive grounds, including asserting that Mr. Andrew Harper made up evidence as part of an ulterior motive in obtaining the protective order.

Pursuant to the court's rules, we seek your concurrence on this motion. Should you not concur, we would like to schedule a discussion to determine whether your client opposes the motion and, if so, to narrow any areas of disagreement before filing.


We are available to meet and confer at your earliest convenience via phone or videoconference. Please provide your availability within the next two (2) business days, so we can coordinate a mutually agreeable time.

Should we not hear from you and/or schedule a meeting by March 10, 2025, we will proceed with filing the motion and will include a statement indicating our good-faith attempt to meet and confer this matter per Local Civil Rule 7(m).

Please let me know your availability for this discussion. I appreciate your time and cooperation in this matter.

Best regards,


Michael Williams


---

**Michael B. Williams**
▨▨▨▨▨▨▨▨▨▨

Legal Notice:

The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.