**Exhibit B**     Michael Williams ◂ ▮▮▮▮▮▮▮ ▸

---

**FOIA Requests / Appeals**

**Michael Williams** ▮▮▮▮▮▮▮                                    Sat, Jan 18, 2025 at 8:14 AM
To: dkurtenbach@fdic.gov, "Dober, Andrew J." ▮▮▮▮▮▮▮ , lsoni@fdic.gov

Also, I don't know if you have seen this post... It just came across my desk.

https://x.com/FDIC_Exposed/status/1880362236004471078

On Sat, Jan 18, 2025 at 7:56 AM Michael Williams ◂ ▮▮▮▮▮▮▮ ▸ wrote:
  Dear Sirs,

  I have had more than 10 pending FOIA requests outstanding for over 1.5 years. Moreover, numerous FOIA requests have been rejected in whole or in part. Because of the proceedings in 1:24-cv-01857-ACR, I would like to ask the FDIC to re-review all my FOIA requests and make decisions under the above-captioned proceedings.

  I also ask that the pending FOIA requests associated with my email ▮▮▮▮▮▮▮ be completed within thirty (30) days. In many cases, I have provided explicit instructions on obtaining the required documents, yet the agency has failed to act.

  If we don't get these documents and a response about re-evaluating our FOIA requests in light of the proceedings on foot, we will file in the District Court for the District of Columbia seeking appropriate relief.

  To exhaust our administrative appeals, this letter serves as an appeal to the "deemed refusal" of the pending requests that have yet to be adjudicated. Please let me know if the Agency requires the other "refused" FOIA requests to be re-submitted.

  Respectfully submitted,

  Michael Williams