Exhibit D   Michael Williams <​>

# FDIC Response Letter to M. Williams July 20 Demand for the Preservation of Evidence (07.25.2023).pdf

**Smith, Herbert** <​>  Tue, Jul 25, 2023 at 3:26 PM
To: "" <​>
Cc: "Dober, Andrew J." <​>

Mr. Williams –

Please see attached correspondence regarding your July 20, 2023 Demand for the Preservation of Evidence.

Regards,

---

**Herbert G. Smith II**

Counsel, Corporate Litigation Unit

**Federal Deposit Insurance Corporation**

Cell:

fdic.gov

**FDIC**

---

📎 **FDIC Response Letter to M. Williams July 20 Demand for the Preservation of Evidence (07.25.2023).pdf**
307K



**FDIC LEGAL DIVISION**
Federal Deposit Insurance Corporation

July 25, 2023

*Via email:* █████████████████████

Mr. Michael Williams

    RE:    Preservation Request Dated July 20, 2023

Dear Mr. Williams:

We are counsel to the Federal Deposit Insurance Corporation ("FDIC") regarding your July 20, 2023 Demand for the Preservation of Evidence ("Legal Hold"), which you emailed to multiple groups and individual employees at the FDIC over the last several days. As a preliminary matter, the FDIC denies that it has taken, or reasonably anticipates taking, any action that would give rise to legally supportable litigation by you against the FDIC, including alleged defamation, conspiracy, violation of due process, or otherwise. Second, the Legal Hold is so vague and threadbare in its supposed articulation of claims giving rise to the anticipation of litigation that by its terms the breadth of the Legal Hold is profoundly out of proportion to the sweeping categories and volume of data identified.

Notwithstanding the potentially fatal defects in the Legal Hold, the FDIC takes seriously any request that it preserve evidence in anticipation of litigation. Consistent with the law, the relevant facts, and the Legal Hold, the FDIC will take any and all steps as are appropriate and required by law.

In the future, do not email, correspond with, or otherwise attempt to communicate with any FDIC employee regarding the matters giving rise to your alluded to legal claims. Please direct any such communication directly to FDIC Counsel, Mr. Herb Smith (████████████) and FDIC Senior Counsel, Mr. Andrew Dober (████████████). Finally, if you are personally represented by legal counsel, please have them reach out to Mr. Smith promptly, so that we may avoid further direct contact with someone represented by an attorney.

                              Sincerely,
                              Andrew J. Dober
                              Senior Counsel

                              Herbert G. Smith II
                              Counsel

