Exhibit F                    Michael Williams 

## Urgent - Follow Up - Re: FDIC Response Letter to M. Williams July 20 Demand for the Preservation of Evidence (07.25.2023).pdf

**Michael Williams**                     Thu, Jul 27, 2023 at 11:44 AM
To: "Smith, Herbert" <​>
Cc: "Dober, Andrew J." <​>

Mr. Smith & Mr. Dober -

I anticipate filing a complaint in the US District Court within the next sixty (60) days with the cause of actions alluded to (but not limited by) those enumerated in my prior correspondence.

Litigation is eminent. I remind you of your obligations to enact a proper legal hold.

Based upon information received from several sources within the Corporation no proper legal hold has been disseminated to the critical parties discussed nor any action taken to preserve the critical evidence needed.

I am being told that this evidence is already beginning to be lost due to the inaction of the agency.

Therefore, I urge you to act expeditiously especially to members of the FDIC Insider Threat and Counterintelligence Program (ITCIP) Working Group (ITCIPWG). All meeting history, recordings, and contemporaneous notes must be retained at once due to their high likelihood of loss.

You have an obligation to inform your service provider Microsoft (teams) to take all possible steps to retain the recording of these meetings.

You've had ample notice of this impending action. I hope your delay is not due to my engagement in constitutionally protected activities including filing an OIG and ethics complaint on the general counsel for failing to disclose an outside company.

Lastly, referring to my previous letter, do you represent the individuals identified in their personal capacity?

Regards,

Michael Williams

> On Wed, Jul 26, 2023 at 00:41 Michael Williams <​> wrote:
> Mr. Smith & Mr. Dober -
>
> Please review the attached correspondence regarding your July 25, 2023 response to my July 20, 2023 demand for the preservation of evidence.
>
> Regards,
>
> Michael
>
>> On Tue, Jul 25, 2023 at 3:27 PM Smith, Herbert <​> wrote:
>> Mr. Williams –
>>
>> Please see attached correspondence regarding your July 20, 2023 Demand for the Preservation of Evidence.
>>
>> Regards,

**Herbert G. Smith II**

Counsel, Corporate Litigation Unit

**Federal Deposit Insurance Corporation**

Cell: ▇▇▇▇▇▇▇▇▇▇

[fdic.gov](fdic.gov)

**FDIC**