**Gmail**    Exhibit G                              Michael Williams <  >

---

## Extremely Urgent - Re: Urgent - Follow Up - Re: FDIC Response Letter to M. Williams July 20 Demand for the Preservation of Evidence (07.25.2023).pdf

**Michael Williams** ⟨ ▇▇▇▇▇▇▇▇▇▇ ⟩                                    Wed, Aug 2, 2023 at 3:50 AM
To: "Smith, Herbert" < ▇▇▇▇▇▇ >
Cc: "Dober, Andrew J." ▇▇▇▇▇▇▇ , legal@fdic.gov, ▇▇▇▇▇▇▇▇

Counsel Smith, Senior Counsel Dober, Deputy General Counsel Christensen, General Counsel Pettway & (and distinguished members of the FDIC Board),

I still have not heard back from the FDIC regarding my requests for a legal hold. I understand General Counsel Pettway may be attempting to retaliate against me for disclosing a company he has owned since May 2020, yet never disclosed on his ethics forms. Or even worse, perhaps the agency, in general, due to my protected disclosures to the OIG and members of Congress.

If you do not immediately respond to confirm that you have taken affirmative action to ensure my request for a hold is taken upon, I will seek court action ordering the preservation of these materials and reserve the right to furnish this email chain, along with my expert testimony, as evidence as to why a preservation order is needed. I had hoped to refrain from any litigation until the parties had had a chance to discuss the topics including any settlement.

Given your lack of response except to flat-out deny my requests despite having significant knowledge as to the events that foreshadowed my request, and the material prejudice I am incurring with each passing day, there is a significant risk absent a court order that evidence and further evidence may be destroyed.

Based on personal experience working for the agency and expert testimony, evidence will be, if it has not already, lost. The reason the agency introduced such a robust legal hold process is that evidence has been lost without a proper legal hold. This is also why the Corporation has introduced mandatory legal hold training. As of writing, all internal sources say they have not been notified of any legal hold.

I have potential claims, and future litigation is probable, if not inevitable based on actions that have already occurred.

My request is not necessary or burdensome given the robust legal hold system the Corporation has in place. The steps I am asking you to take will be effective and not overbroad. Based on internal sources, I have to tell you that you have not notified *any* third parties to preserve evidence, including specific evidence I stated is absolutely integral to my claims.

**DO NOT DELAY: ENACT A PRESERVATION ORDER NOW.** Please be sure to activate a proper legal hold. The cost to the Corporation is minimal. The Corporation has a robust legal hold system. Should you not I will move for spoliation, seek sanctions, evidence preservation orders (on an expedited or emergency [ex parte] basis), and further actions as I or a court believe necessary.

I would have expected better or at least an acknowledgement of and from two stewards of justice and the court. Therefore, please respond immediately with what actions, if any, you've taken in response to my now fourth (4th) request for preservation.

Regards,

Michael

On Thu, Jul 27, 2023 at 08:44 Michael Williams < ▇▇▇▇▇▇▇▇▇ > wrote:
  Mr. Smith & Mr. Dober -

  I anticipate filing a complaint in the US District Court within the next sixty (60) days with the cause of actions alluded to (but not limited by) those enumerated in my prior correspondence.

  Litigation is eminent. I remind you of your obligations to enact a proper legal hold.

  Based upon information received from several sources within the Corporation no proper legal hold has been disseminated to the critical parties discussed nor any action taken to preserve the critical evidence needed.

  I am being told that this evidence is already beginning to be lost due to the inaction of the agency.

Therefore, I urge you to act expeditiously especially to members of the FDIC Insider Threat and Counterintelligence Program (ITCIP) Working Group (ITCIPWG). All meeting history, recordings, and contemporaneous notes must be retained at once due to their high likelihood of loss.

You have an obligation to inform your service provider Microsoft (teams) to take all possible steps to retain the recording of these meetings.

You've had ample notice of this impending action. I hope your delay is not due to my engagement in constitutionally protected activities including filing an OIG and ethics complaint on the general counsel for failing to disclose an outside company.

Lastly, referring to my previous letter, do you represent the individuals identified in their personal capacity?

Regards,

Michael Williams

On Wed, Jul 26, 2023 at 00:41 Michael Williams <██████████████> wrote:
> Mr. Smith & Mr. Dober -
>
> Please review the attached correspondence regarding your July 25, 2023 response to my July 20, 2023 demand for the preservation of evidence.
>
> Regards,
>
> Michael
>
>
> On Tue, Jul 25, 2023 at 3:27 PM Smith, Herbert <████████████> wrote:
>> Mr. Williams –
>>
>>
>> Please see attached correspondence regarding your July 20, 2023 Demand for the Preservation of Evidence.
>>
>>
>> Regards,
>>
>>
>> _____
>>
>> **Herbert G. Smith II**
>>
>> Counsel, Corporate Litigation Unit
>>
>> **Federal Deposit Insurance Corporation**
>>
>> Cell: ██████████
>>
>> fdic.gov

