# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISTORY ASSOCIATES INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-1857-ACR |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of April 10, 2025, Plaintiff History Associates Incorporated and Defendant the Federal Deposit Insurance Corporation have conferred and agreed on a deadline of April 24, 2025, for the FDIC to file its answer or a pre-motion notice for a motion responding to the amended complaint.

Date: April 11, 2025

/s/ Jonathan C. Bond
Eugene Scalia
Jonathan C. Bond
Nick Harper
Aaron Hauptman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
escalia@gibsondunn.com
jbond@gibsondunn.com
nharper@gibsondunn.com
ahauptman@gibsondunn.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Lina Soni
Andrew J. Dober
    Senior Counsel
Lina Soni
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington, VA 22226
Telephone: 571.286.0401
lsoni@fdic.gov

*Attorneys for Defendant*

1