IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HISTORY ASSOCIATES INC.,** *Plaintiff*, v. **FEDERAL DEPOSIT INSURANCE CORPORATION,** *Defendant*. | Case No. 1:24-cv-1857-ACR |

**DECLARATION OF ANDREW J. DOBER**

I, Andrew J. Dober, hereby declare as follows:

1. I am of legal age and competent to make this declaration. I have personal knowledge of the matters set forth herein, except where stated otherwise, and am competent in all respects to testify on the matters set forth herein. I respectfully submit this declaration in support of the opposition of defendant Federal Deposit Insurance Corporation ("FDIC") to the motion of Michael Williams for relief pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) and the Court's inherent authority (ECF # 58).

2. I hold the position of Senior Counsel in the FDIC's Legal Division.

3. Mr. Williams is a former FDIC employee whose employment ended in July 2024.

4. On January 17, 2025, plaintiff History Associates filed a status report in this action, ECF # 27. Shortly thereafter, a Twitter/X account with which Mr. Williams is affiliated, "FDIC_Exposed," published a message stating "The @FDICgov attorneys lying to the public and the court covering it up and propagating the agency's misconduct must be held accountable. We

must disbar and fire: Senior Counsel Mr. Andrew Jared Dober (DC) [and two other FDIC attorneys]." A true and correct copy of this posting is attached as Exhibit A.

5. Also on January 17, 2025, Mr. Williams sent an email message to me and to other FDIC attorneys, at our respective FDIC email addresses, forwarding a link to the FDIC_Exposed post referenced in paragraph 4. A true and correct copy of this email message is attached as Exhibit B.

6. Exhibit C is a true and correct printout of the "home page" of the FDIC_Exposed X account, as of May 14, 2025.

7. On January 20, 2025, Mr. Williams sent a series of text messages to the personal cellphone of my spouse. In them, he stated he was "[f]ollowing up on my FOIA requests to see if you have made any progresses [sic]." He also stated: "I hope you know we never forget." In a text message that he sent a few moments later, Mr. Williams stated "Sorry … I meant to message Andrew my bad." A true and correct copy of this set of text messages is attached as Exhibit D. I did not fabricate these text messages.

8. Also on January 20, 2025, Mr. Williams sent a series of text messages to my personal cellphone. A true and correct copy of this set of text messages is attached as Exhibit E. I did not fabricate these text messages. Among other things, he stated the following:

- "I hope you know we never forget."

- "I accidentally messaged [your wife] – had your numbers reversed in my phone."

- "I got my guys sending a mail copy to you at [your personal residence][1] as I don't even know if you go in office [sic] anymore and didn't want you to miss them."

---

[1] I have redacted my home address from this exhibit. The address that Mr. Williams used in his text message is my home address.

2

- "Btw if this does go to court we intend to individually depose you which is not going to look good as you are likely to perjure yourself on the stand so it would be good just to give us the docs we need and save us the hassle."

9. Neither I nor my spouse provided our personal cellphone numbers nor our home address to Mr. Williams.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 15th day of May, 2025.

                                                                    Andrew J. Dober

# EXHIBIT A

**FDIC Exposed** ✓
@FDIC_Exposed



The @FDICgov attorneys lying to the public and the court covering up and propagating the agency's misconduct must be held accountable.

We must disbar and fire:
Senior Counsel Mr. Andrew Jared Dober (DC)
Counsel Mr. Daniel H Kurtenbach (DC)
Counsel Ms. Lina Dhiraj Soni (VA - #71475)

If you believe the evidence warrants it, please file complaints against the members listed above with the District of Columbia and Virginia State Bar associations. These individuals should not hold licenses to practice law (or lie).



4:11 PM · 1/17/25 · **321** Views

# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Williams |
| **To:** | Kurtenbach, Daniel; Dober, Andrew J.; Soni, Lina D. |
| **Subject:** | [EXTERNAL MESSAGE] Re: FOIA Requests / Appeals |
| **Date:** | Friday, January 17, 2025 4:15:10 PM |

Some people who received this message don't often get email from mbwmbw1337@gmail.com. Learn why this is important

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Also, I don't know if you have seen this post... It just came across my desk.

https://x.com/FDIC_Exposed/status/1880362236004471078

On Sat, Jan 18, 2025 at 7:56 AM Michael Williams <mbwmbw1337@gmail.com> wrote:
> Dear Sirs,
>
> I have had more than 10 pending FOIA requests outstanding for over 1.5 years. Moreover, numerous FOIA requests have been rejected in whole or in part. Because of the proceedings in 1:24-cv-01857-ACR, I would like to ask the FDIC to re-review all my FOIA requests and make decisions under the above-captioned proceedings.
>
> I also ask that the pending FOIA requests associated with my email mbwmbw1337@gmail.com be completed within thirty (30) days. In many cases, I have provided explicit instructions on obtaining the required documents, yet the agency has failed to act.
>
> If we don't get these documents and a response about re-evaluating our FOIA requests in light of the proceedings on foot, we will file in the District Court for the District of Columbia seeking appropriate relief.
>
> To exhaust our administrative appeals, this letter serves as an appeal to the "deemed refusal" of the pending requests that have yet to be adjudicated. Please let me know if the Agency requires the other "refused" FOIA requests to be re-submitted.
>
> Respectfully submitted,
>
> Michael Williams

# EXHIBIT C

← **FDIC Exposed** ✓
1,786 posts



# FDIC Exposed ✓
@FDIC_Exposed

Exposing the Federal Deposit Insurance Corporation (@FDICgov). We report on FDIC's violations of laws, rules, regulations, mismanagement and abuse of authority.

💼 Journalist   📍 Washington, DC   🔗 fdic.exposed   📅 Joined July 2023

**4,989** Following   **3,157** Followers

Not followed by anyone you're following

## Location

https://www.fdic.exposed
550 17th Street, NW Washington DC 20429
Open 24 hours

Get directions | Contact

Posts | Replies | Highlights | Media

# EXHIBIT D

+61 481 968 462

iMessage
Today 2:04 PM

Andrew Michael here hope you are well. I hope you know we never forget. Following up on my FOIA requests to see if you have made any progresses. Really want to get these rolling.

Sorry Rachel I meant to message Andrew my bad.

If you can pass the message along appreciate it will also ping him directly.

The sender is not in your contact list.

Report Junk

# EXHIBIT E



**+61 481 968 462**

iMessage
Today 2:08 PM

Andrew Michael here hope you are well. I hope you know we never forget. Following up on my FOIA requests to see if you have made any progresses. Really want to get these rolling.

I accidentally messaged Rachel had your numbers reversed in my phone.

I got my guys sending a mail copy to you at ▇▇▇▇ st as I don't even know if you go in office anymore and didn't want you to miss them. Thank you again for your prompt attention!

Btw if this does go to court we intend to individually depose you which is not going to look good as you are likely to perjure yourself on the stand so it would be good just to give us the docs we need and save us the hassle. As you probably figured out we got all the emails & teams calls recordings.

(You can thank your friends in

