IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HISTORY ASSOCIATES INC.,

        *Plaintiff,*

  -and-

MICHAEL WILLIAMS,

        *Plaintiff-Intervenor*

  v.

FEDERAL DEPOSIT INSURANCE
CORPORATION,

        *Defendant.*

Case No. 1:24-cv-1857-ACR

## DECLARATION OF BRUCE M. BERMAN

I, Bruce M. Berman, hereby declare as follows:

1.      I am of legal age and competent to make this declaration. This declaration is based on my personal knowledge and my review of certain personnel and information technology records maintained by Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), where I am a partner and General Counsel. I have personally examined these records and am familiar with their contents.

2.      I am resident in the Washington, D.C. office of WilmerHale. WilmerHale is an international law firm with more than 1,000 lawyers located in offices in the United States and abroad, including more than 350 lawyers in its Washington, D.C. office.

3.      Rachel Dober holds the position of Counsel at WilmerHale, and works out of the firm's Washington, D.C. office.

4.    On January 25, 2025, a total of 774 WilmerHale employees received an email
message from Michael B. Williams, whose email address was shown as
Michael.Williams@glexia.com." Of this total, 191 of the recipients, many of whom are partners
at the firm, were assigned to the firm's Washington, D.C. office. A true and correct copy of Mr.
Williams' January 25, 2025 email message, without attachments, is attached hereto as Exhibit A.


I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and
correct.

Executed this 12th day of May, 2025.

_____

Bruce M. Berman

# EXHIBIT A

| From: | Michael B. Williams |
|---|---|
| To: | Michael Williams |
| Subject: | Fwd: Due Process & 1st Amendment Violations by Mr Andrew Dober & Ms Rachel Dober |
| Date: | Saturday, January 25, 2025 6:23:52 AM |
| Attachments: | Gmail - FOIA Requests _ Appeals.pdf |
|  | [29] Order.pdf |

**EXTERNAL SENDER**

It pains me to write such a direct email to those at Wimer Hale; however, attempts to chill whistleblowing and hold those accountable who do so must be met with overwhelming force.

All efforts have been taken to remove Ms Dober from this email thread per the illegal non-party ex-parte order she and her husband petitioned the court for (attached).

I am an active whistleblower against the FDIC, for which Mr. Dober's husband works. Recently, I sent two emails to FDIC attorneys asking for my FOIA requests to be fulfilled (including Mr. Dober's), as they have been pending for 1.5 years (attached). I also linked to an X account, through which I have been providing information about the misconduct of FDIC attorneys.

These attorneys (including Mr Dober) currently participate in an unrelated case where I am not a party (History Associates Inc v FDIC). The FDIC attorneys (who we mainly understand were guided by Mr Dober) petitioned the judge in the unrelated case to make an *ex parte* protective order prohibiting me from contacting any FDIC attorney, citing "threatening" text messages. I have not been served with the evidence or allowed to respond. I found out after the order when one of the attorneys sent me a copy (attached). Based on first-person chamber accounts, we have reason to believe that Ms Dober was involved in supporting Mr Dober in manufacturing and claiming these false messages exist.

To be clear, I have never sent these attorneys text messages unless the emails attached are now purported to be text messages (attached). We believe Mr & Ms Dober likely have done this in an attempt to fetter, chill, and otherwise obstruct my speech and whistleblowing. I have been actively reporting about the misconduct of the FDIC through the X account @FDIC_Exposed, which is not owned by me but is run by a group of individuals (and mentions explicitly the Dobers). Again, specifically, I have posted accusations of misconduct by these attorneys, and suddenly, this order has been entered against me.

See:
https://x.com/FDIC_Exposed/status/1882972034474614996
https://x.com/FDIC_Exposed/status/1882971998109995495

https://x.com/FDIC_Exposed/status/1881423908974571891

This behaviour exposes Wilmer Hale and others to tremendous reputational risk. Wilmer Hale's conduct is disgusting, and Ms. Dober's behavior disreputes the firm. We intend to seek sanctions and file a defamation suit for the unprovoked attack begun by Mr. and Ms. Dober.

We will send further updates with our findings to Mr and Ms Dober, who we believe have engaged in extensive insider trading of bank stocks using internal information at the FDIC. These allegations have yet to be proven as we do not have definitive evidence showing this occurred; however, we have first-hand accounts from several whistleblowers not only showing Mr Dober has lied in Federal court but also fed material financial information about FDIC-insured banks who his wife (Rachel Dober) then traded upon.

---

**Michael B. Williams**
Glexia - An IT Company

Book a Meeting With Me

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.