# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISTORY ASSOCIATES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:24-cv-1857-ACR |

## JOINT STATUS REPORT

Plaintiff History Associates Incorporated and Defendant the Federal Deposit Insurance Corporation ("FDIC") hereby submit this joint status report.

1.　On November 19, 2025, this Court held a hearing on the FDIC's motion to dismiss Count II of the amended complaint and the parties' cross-motions for summary judgment on Count I of the amended complaint. At the hearing, the Court invited History Associates to file a motion for attorney's fees under 5 U.S.C. § 552(a)(4)(E).

2.　On December 30, this Court issued an order approving an agreed briefing schedule under which History Associates would file its motion for attorney's fees by January 26, 2026.

3.　On January 23, 2026, the parties reached an agreement in principle to resolve the attorney's fees issue subject to conditions that the parties are negotiating. The parties hope to come to an agreement in the near future.

4.　The parties respectfully request that this Court stay the scheduling order entered on December 30, 2025, pending the parties' discussions.

1

5. The parties propose to further address the attorney's fees issue in the joint status report that the parties have proposed to file on January 30, 2026, regarding the open issues on Counts I and II of the amended complaint. *See* ECF 91 (proposing a January 30 status report).

Date: January 26, 2026

*/s/ Jonathan C. Bond*
Eugene Scalia
Jonathan C. Bond
Nick Harper
Aaron Hauptman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
escalia@gibsondunn.com
jbond@gibsondunn.com
nharper@gibsondunn.com
ahauptman@gibsondunn.com

*Attorneys for Plaintiff*

Respectfully submitted,

Andrew J. Dober
Senior Counsel

*/s/ Michael K. Morelli*
Michael K. Morelli, MA Bar # 696214
Senior Attorney
Lina Soni, D.C. Bar #503298
Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington, VA 22226
Telephone: (571) 501-4021
mmorelli@fdic.gov

*Attorneys for the FDIC*