# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISTORY ASSOCIATES INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>      Defendant. | Case No. 1:24-cv-1857-ACR |

## JOINT STATUS REPORT

Plaintiff History Associates Incorporated and Defendant the Federal Deposit Insurance Corporation ("FDIC") hereby submit this joint status report.

1. In the joint status reports filed on January 16 and January 26, the parties informed this Court that they were conferring regarding: (1) the appropriate next steps in light of the FDIC's declarations and information provided in response to this Court's instructions at the November 19, 2025 hearing; and (2) a potential resolution of the attorney's fees issue. *See* ECF 91; ECF 92. The parties proposed filing an update on January 30. *See* ECF 91; ECF 92.

2. The parties are continuing to confer and hope to reach an agreement in the near future. The parties propose to file by February 6 a joint status report addressing these issues.

2

| | |
|---|---|
| Date: January 30, 2026 | Respectfully submitted, |
| /s/ *Jonathan C. Bond*<br>Eugene Scalia<br>Jonathan C. Bond<br>Nick Harper<br>Aaron Hauptman<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>escalia@gibsondunn.com<br>jbond@gibsondunn.com<br>nharper@gibsondunn.com<br>ahauptman@gibsondunn.com | Andrew J. Dober<br>Senior Counsel<br><br>/s/ *Michael K. Morelli*<br>Michael K. Morelli, MA Bar # 696214<br>Senior Attorney<br>Lina Soni, D.C. Bar #503298<br>Counsel<br>Federal Deposit Insurance Corporation<br>3501 N. Fairfax Drive<br>Arlington, VA 22226<br>Telephone: (571) 501-4021<br>mmorelli@fdic.gov |
| ***Attorneys for Plaintiff*** | ***Attorneys for the FDIC*** |